UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              )
                                                    )
    SHARON R. HALLOCK,              )      Case Number 6:13-bk-13977-CCJ
                                                    )      Chapter 7
           Debtor.                  )

NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE

    Leigh Richard Meininger, trustee of the above captioned debtor estate, hereby gives notice of a proposed sale of property of the estate and shows:

    1.    Property of the estate includes the estate's interest in one (1) 2001 Infiniti I30, Vehicle Identification Number JNKCA31A81TO37542, with approximately 117,000 miles and in fair condition, valued by the Debtor at $3,000.00 (the "Infinity");

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket[1]. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on Leigh Richard Meininger, Trustee, Post Office Box 1946, Orlando, Florida 32802-1946.

    If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

---

[1] Unless otherwise stated, the date of docketing is the same as the date of service below.

Miscellaneous Clothes and Shoes valued by the Debtor at $300.00 (the "Clothing"); Books valued by the Debtor at $200.00 (the "Books"); and Miscellaneous Household Goods and Furnishings valued by the Debtor at $1,000.00 (the "Household Goods") (collectivley the "Property").

  2. The trustee has valued the Infiniti based upon photographs. The trustee values the estate's interest in the non-exempt portion of the Infiniti, after taking into consideration the Debtor's claimed exemption of $1,463.51, the condition of the vehicle, and the current value of vehicles on the market, at $1,500.00. The trustee values the Clothing at $50.00; the Books at $50.00; and the Household Goods at $600.00.

  3. The trustee has received an offer to purchase the Property from Sharon R. Hallock, 883 Oakwood Drive, Melbourne, Florida 32940, the Debtor, for $2,200.00 which the trustee has received.

  4. The trustee is unaware of any liens on the Property. The sale is being made subject to all liens and encumbrances. There may be other encumbrances that the trustee is not aware of.

  5. The Property is being sold "as is, where is" with no warranties of any kind "express, implied or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in 4 above. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

  6. The trustee will entertain any higher bids for the purchase of the Property described in 1 above. Such bids must be in writing and accompanied by a deposit of

100% of the proposed higher purchase price plus any exemptions claimed by the debtor(s).  Any higher bid must be received by the trustee at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below.  If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction.

      I HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Notice or First-Class United States Mail, postage prepaid, this 5th day of February, 2014 to all persons on the current mailing matrix attached to the original of this document.

      Dated: February 5, 2014.

      /s/ Leigh Richard Meininger
      Leigh Richard Meininger, Esquire
      Meininger & Meininger, P.A.
      Florida Bar Number 0765562
      Post Office Box 1946
      Orlando, Florida 32802-1946
      Phone: (407) 246-1585
      Facsimile (407) 246-7101
      E mail: leigh@meiningerlaw.com